IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA PLATTS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ELI LILLY AND COMPANY,<br><br>　　　　Defendant<br>　　　　　　　　　　　　　　　　　／ | No. C-06-1113 MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

　　　Before the Court is the parties' Joint Case Management Conference Statement, filed August 16, 2006, by which the parties seek to vacate the August 25, 2006 case management conference in the instant action or, alternatively, to continue it by approximately 120 days. The parties state a case management conference is unnecessary because they anticipate the instant action will be transferred for inclusion in MDL No. 1596, In re Zyprexa Products Liability Litigation. A conditional transfer order was issued by the Judicial Panel on Multidistrict Litigation ("JPML") on May 1, 2006.

　　　Accordingly, for good cause shown, the August 25, 2006 case management conference is hereby VACATED.

　　　**IT IS SO ORDERED.**

Dated: August 17, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge